| STANLEY JORDAN | * | NO. 2021-CA-0473 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| JOHN H. GIBSON AND CITY HALL CODE ENFORCEMENT | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

## RBWBARTHOLOMEW-WOODS, J., CONCURS IN THE RESULT

I concur in the result.